No. 75–251. FITZPATRICK ET AL. v. BITZER, CHAIRMAN, STATE EMPLOYEES' RETIREMENT COMMISSION, ET AL.; and

No. 75–283. BITZER, CHAIRMAN, STATE EMPLOYEES' RETIREMENT COMMISSION, ET AL. v. MATTHEWS ET AL. C. A. 2d Cir. [Certiorari granted, 423 U. S. 1031.] Motion of the Solicitor General to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose.

No. 75–491. UNITED STATES v. AGURS. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 983.] Motion of respondent to dismiss writ as improvidently granted denied.

No. 75–552. KLEPPE, SECRETARY OF THE INTERIOR, ET AL. v. SIERRA CLUB ET AL.; and

No. 75–561. AMERICAN ELECTRIC POWER SYSTEM ET AL. v. SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 1047.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 75–628. CRAIG ET AL. v. BOREN, GOVERNOR OF OKLAHOMA, ET AL. Appeal from D. C. W. D. Okla. [Probable jurisdiction noted, 423 U. S. 1047.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 75–6205. CARUTH v. MOORE, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 75–621. HAND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–771. COLLECTOR OF REVENUE OF LOUISIANA v. CHICAGO BRIDGE & IRON CO. Sup. Ct. La. Certiorari denied.